


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

JUL 20 2005

July 20, 2005

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

TO: Counsel of Record

SUBJECT: **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 91-cv-2171
    The Robinson Family Trust, et al  vs.  Richard I. Rubin & Co., Inc., et al

### N O T I C E

    Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

    In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s). If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**
Paper No. 573 Filed on June 14, 1993 Sealed Document
Paper No. 623 Filed on July 20, 1993 Exhibits 2 to the memorandum in opposition to the Plaintiff's motion for class certification by Defendant Balis & Co.
Paper No. 645 Filed on August 12, 1993 Exhibit Q to the reply memorandum of Defendant Balis & Co. in support of its motion to dismiss or for summary judgment

    A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Gregg Swierczynski at (267) 299-7022.

Very truly yours,

MICHAEL E. KUNZ

*11-2-05*
Pleading Unsealed
Pursuant to LRCP 5.1.5

CLERK OF COURT

Gregg Swierczynski
Deputy Clerk

Copies by mail to:

| | | | |
|---|---|---|---|
| Adolph F. Fellmeth | Alan C. Kessler | Alice B. Herrington | Ann Miller |
| Barbara W. Mather | Barry E. Cohen | Harold Berger | Henry E. Siedzikowski |
| William H. Champlin | Winston E. Miller | Trina M. Bragdon | Victor B. Maddox |
| W. Bruce Baird | Timothy T. Myers | William E. Mahoney | William L. Banton |
| Steven H. Berkowitz | Steven M. Mezrow | Thomas H. Morgan | Timothy Susanin |
| Stephen P. Murphy | Stephen E. Embry | Stephen A. Cozen | Samuel J. Pace |
| Terrence E. Bishop | Robert M. Britton | Robyn M. Miller | Robert W. Hayes |
| Ralph J. Luongo | Regina L. Warren | Patricia R. Kalla | Peter F. Vaira |
| Richard E. Arvidson | Paul R. Rosen | Michael J. Dunn | Michael P. McKenna |
| Paul A. Koches | Michael P. O'Conner | Norbert F. Bergholtz | Patricia L. Dee |
| Michael C. Nugent | Michael R. Nelson | Michael Sicola | Mel I. Dickstein |
| Leslie Martinelli Cyr | Mark A. Kearney | Mark G. Seifert | Marc D. Winsberg |
| Mark R. Rosen | Lynette C. Kelly | Joseph Brooks | Joseph Zechman |
| Mary G. March | Joseph K. Hetrick | Kathleen M. Comfrey | Kevin P. Oates |
| Joseph J. Hamill | Lawrence S. Sarowitz | John M. Phelan | John S. Tucci |
| John W. Walter | Jeremy D. Mishkin | Jay E. Mintzer | Jeffrey Barist |
| John M. Elliott | Daniel Q. Harrington | Donald T. MacNaughton | E. Parry Warner |
| Cynthia Philo | Ivan J. Krouk | E.J. Borrack | James D. Steiner |
| James L. Moore | Joel D. Gusky | Charles J. Bloom | Bennett G. Picker |
| E. David Chanin | George E. Pallas | John E. Riley | John J. Verscaj |
| Geoffrey A. Lewis | Basil A. DiSipio | Barry S. Brownstein | Dean Constantine |
| John J. Mulderig | Edward J. David | Jane North | Enid R. Stebbins |
| Benjamin E. Zuckerman | The Energy Consortium, Inc. | | |

Notice L.R. 5.1.5.frm

8/2 Re Sent to M. Nelson
E. Stebbins
R. Britton

9/15 resent T. Bragdon

8/3 Re Sent to: P. Kalla
C. Philo

8/9 Re Sent to: T. Susanin