


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

December 21, 2005

**FILED**

TO:  Counsel of Record

DEC 2 1 2005

SUBJECT:   **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

CIVIL ACTION NO. 91-cv-2171
            The Robinson Family Trust, et al   vs.   Richard Rubin & Co., et al.

### N O T I C E

Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s).  If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**
Filed on      Paper #
12/10/1993    720    SEALED DOCUMENT placed in lock-up.

01/13/1994    765    Sealed Appendix by DEFENDANT RICHARD I. RUBIN, DEFENDANT E/R ASSOCIATES, DEFENDANT EQUITABLE LIFE, DEFENDANT USA ONE ASSOC., DEFENDANT USA ONE B.V. AND USA, DEFENDANT PAN AMERICAN OFFICE, DEFENDANT EQUITABLE REAL EST, DEFENDANT JONES LANG WOOTTON to [764-1] MOTION FOR SUMMARY JUDGMENT AS TO THE CLAIMS OF VARIOUS INDIVIDUAL PLAINTIFFS WHICH ARE CONTAINED IN COUNTS I THROUGH IV OF THE SECOND AMENDED COMPLAINT.

01/31/1994    796    Sealed Appendix by DEFENDANT RICHARD I. RUBIN to [793-1] MOTION FOR SUMMARY JUDGMENT.

02/18/1994    840    Confidential Appendix of Exhibits by DEFENDANT E/R ASSOCIATES to memorandum in opposition to motion for summary judgment of defendant Premier Industrial Corporation t/a Akron Brass Company.

8-25-06
Pleading Unsealed
Pursuant to LRCP 5.1.5

02/28/1994   861   Response by PLAINTIFF EJAY TRAVEL, INC. to [815-1] MOTION TO DISMISS ALL OUTSTANDING COMPLAINTS, CROSS-CLAIMS AND/OR COUNTERCLAIMS AGAINST THEM.

03/10/1994   878   Consolidated Response by PLAINTIFF EJAY TRAVEL, INC. to [847-1] MOTION FOR PARTIAL SUMMARY JUDGMENT, [837-1] MOTION TO DISMISS ALL CLAIMS AGAINST HIM.

04/11/1994   958   MOTION BY DEFENDANT BALIS & CO. TO STRIKE THE AFFIDAVIT OF MARY T. BRUCE, AFFIDAVIT, MEMORANDUM, CERTIFICATE OF SERVICE.

A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Gregg Swierczynski at (267) 299-7022.

Very truly yours,

MICHAEL E. KUNZ
CLERK OF COURT

Gregg Swierczynski
Deputy Clerk

Copies by mail to:

| | | | |
|---|---|---|---|
| Adolph Fellmeth | Alan Kessler | Alice Herrington✗ | Ann Miller |
| Arnold Levin | Barbara Mather | Barry Cohen | Barry Brownstein |
| Basil Di Sipio | Benjamin Zuckerman | Bennett Picker | Charles Bloom |
| Cynthia Philo | Daniel Harrington | Dean Constantine | Donald Mac Naughton |
| E. David Chanin | E.J. Borrack | E. Parry Warner | Edward David |
| E. Stebbins | Geoffrey Lewis | Geoffrey Veith | George Pallas |
| Harold Berger | Henry Siedzikowski | Ivan Krouk | James Steiner |
| James Moore | Jane North | Jay Mintzer | Jeffrey Barist |
| Jeremy Mishkin | Joel Gusky | John Riley | John Mulderig |
| John Verscaj | John Elliott | John Phelan | John Tucci |
| John Walter | Joseph Zechman | Joseph Hamill | Joseph Hetrick |
| Joseph Marshall | Kevin Oates | Kathleen Comfrey | Lawrence Sarowitz |
| Leslie Martinelli Cyr | Lynette Kelly | Mark Kearney | Mark Rosen |
| Mary March | Mel Dickstein | Michael Sicola | Michael Dunn |
| Michael McKenna | Michael O'Conner | Michael Nelson | Nathaniel Metz |
| Norbert Bergholtz | Patricia Dee | Patricia Kalla | Paul Rosen |
| Peter Vaira | Ralph Luongo | Regina Warren | Richard Arvidson |
| Robert Britton | Robert Hayes | Samuel Pace | Stanley Wolfe |
| Stephen Cozen | Stephen Embry | Stephen Berkowitz | Steven Mezrow |
| Terrence Bishop | Thomas Morgan | Timothy Susanin | Timothy Myers |
| Trina Bragdon | Victor Maddox✗ | W. Bruce Baird | William Mahoney |
| William Champlin | William Banton | Winston Miller | |

Notice L.R. 5.1.5.frm

12-22-05 — managing partner on behalf of Marc Weinberg, Esq.